

**Signed: December 04, 2006**

_____
**RANDALL J. NEWSOME**
**U.S. Bankruptcy Judge**

1  PATRICK L. FORTE
   Attorney at Law
2  State Bar #80050
   One Kaiser Plaza, #480
3  Oakland, CA 94612
   Telephone: (510) 465-3328
4  Email: plforte@sonic.net

5  Attorney for Debtor                    _____

6

7

8                     UNITED STATES BANKRUPTCY COURT

9                     NORTHERN DISTRICT OF CALIFORNIA

10 **In re:**                              No. 06-41888 RN-13

11 **CECIL TYRONE HILL,**                  Chapter 13

12                 **Debtor.**             <u>ORDER CONSOLIDATING CASES</u>
   _____/

13

14

15     The above named debtor having filed the Motion to Consolidate Cases

16 herein and good cause appearing therefor;

17

18     **IT IS ORDERED** that Chapter 13 Case of Rhonda Fields (#06-41890 EDJ)

19 be consolidated with the Chapter 13 Case of Cecil Hill and shall proceed

20 under Case Number 06-41888 RN-13.

21                         **END OF ORDER**

22

23

24

25

26

   Order Consolidating Cases                                    Page 1 of 2

1

**COURT SERVICE LIST**

2  **Attorney for Debtor**
   Patrick L. Forte, Esq.
3  One Kaiser Plaza, #480
   Oakland, CA 94612

4

5  U.S. Trustee
   1301 Clay Street, #690N
6  Oakland, CA  94612

7

   **Chapter 13 Trustee**
8  Martha Bronitsky
   Trustee
9  P.O. Box 5004
   Hayward, CA  94540

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

Order Consolidating Cases                                        Page 2 of 2