1  PATRICK L. FORTE, #80050
   ANNE Y. SHIAU, #273709
2  LAW OFFICES OF PATRICK L. FORTE
   One Kaiser Plaza, #480
3  Oakland, CA 94612
   Telephone: (510) 465-3328
4  Facsimile: (510) 763-8354

5  Attorneys for Debtors

6

7

8                    UNITED STATES BANKRUPTCY COURT

9                    NORTHERN DISTRICT OF CALIFORNIA

10 **In re:**                              **Case No. 06-41888 WJL**

11 **CECIL TYRONE HILL and**               **Chapter 13**
   **RHONDA PATRYCE FIELDS,**
12                                         **OBJECTION TO CLAIM #7-1 OF**
                                           **GMAC AND OPPORTUNITY FOR**
13                                         **HEARING**
                      **Debtors.**
14 _____/

15  The undersigned objects to allowance of Claim No. 7-1 filed by GMAC

16      (X)   For any future payments from September 2011 and on.

17      ( )   Except as an unsecured claim for $_____.

18      ( )   Except as a secured arrearage claim for $_____.

19      ( )   Except as an unsecured non-priority claim for $_____.

20 for the following reason:

21 GMAC's claim has been paid in full per the contract which provides for

22 an interest rate of 3.9%.

23 **PLEASE TAKE NOTICE:**

24      (i)   That Local Rule 9014-1 of the United States Bankruptcy Court

25 for the Northern District of California prescribes the procedures to be

26 followed and that any objection to the requested relief, or a request

Case: 06-41888   Doc# 75   Filed: 09/28/11   Entered: 09/28/11 15:05:41   Page 1 of 2

1 for hearing on the matter must be filed and served upon the undersigned

2 within twenty one (21) days of mailing of this Notice;

3 (ii) That a request for hearing or objection must be accompanied

4 by any declarations or memoranda of law the party objecting or

5 requesting wishes to present in support of its position;

6 (iii) That if there is not a timely objection to the requested

7 relief or a request for hearing, the Court may enter an order granting

8 the relief by default; and

9 (iv) That the undersigned will give at least seven (7) days

10 written notice of hearing to the objecting or requesting party, and to

11 any trustee or committee appointed in the case, in the event an

12 objection or request for hearing is timely made.

14 Dated: September 28, 2011        /s/ Patrick L. Forte
                                   Patrick L. Forte
15                                 Attorney for Debtors

Case: 06-41888    Doc# 75    Filed: 09/28/11    Entered: 09/28/11 15:05:41    Page 2 of 2