```
1  PATRICK L. FORTE, #80050
   ANNE Y. SHIAU, #273709
2  LAW OFFICES OF PATRICK L. FORTE
   One Kaiser Plaza, #480
3  Oakland, CA 94612
   Telephone: (510) 465-3328
4  Facsimile: (510) 763-8354

5  Attorneys for Debtors
```

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

**In re:**                                Case No. 06-41888 WJL

**CECIL TYRONE HILL and**                 Chapter 13
**RHONDA PATRYCE FIELDS,**
                                          **DECLARATION OF DEBTOR IN SUPPORT**
                **Debtors.**             **OF ORDER MODIFYING PLAN**
_____/

I, Rhonda Patryce Fields, declare:

1. I am one of the above named debtors.

2. I declare that the contract rate of interest is 3.9% for the 2004 Cadillac.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed September 30, 2011, at Oakland, California

                                               /s/ Rhonda Patryce Fields
                                                 Rhonda Patryce Fields

Declaration of Debtor in Support of                                       Page 1 of 1
Order Modifying Plan

Case: 06-41888   Doc# 76   Filed: 10/03/11   Entered: 10/03/11 12:18:19   Page 1 of 1